**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**KULTAR SINGH GORAYA,**

       *Plaintiff,*

**v.**                                     **Case No.: 4:23cv278-MW/MJF**

**JAMES PATRICK RYAN,**

       *Defendant.*

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 50. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 50, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss, ECF No. 40, is **DENIED**. This case is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on July 13, 2026.**

                           **s/Mark E. Walker**_____
                           **United States District Judge**